IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL KELLY**, as Administrator of the Estate of Everett Kelly, deceased, and **PATTI KELLY**, | ) ) ) **Cause No.  05-409-DRH** ) |
| Plaintiffs, | ) CJRA Track: **C** ) |
| vs. | ) **Presumptive Trial Month:** ) **December, 2006 (Jury)** |
| **MARTIN & BAYLEY, INC.** d/b/a Huck's Convenience Store, and **PHILLIP MORRIS USA, Inc**., | ) ) ) ) |
| Defendants. | ) |

### AMENDED SCHEDULING AND DISCOVERY ORDER

Judge Herndon has granted the parties' Joint Motion to Continue Presumptive Trial Date. The presumptive trial month is now December, 2006.  **See, Doc. 19.**

The Court hereby vacates the previous scheduling and discovery order and enters the following amended scheduling and discovery order:

1. All discovery shall be completed by **August 8, 2006.**

2. Dispositive motions shall be filed no later than **August 23, 2006.**

A Settlement Conference is set before Magistrate Judge Proud in accordance with **SDIL-LR 16.3(b)** on **October 17, 2006, at 9:30 a.m.** in the Federal Courthouse, East St. Louis, Illinois.  The parties are to submit their Settlement Statements by **October 3, 2006.**

A Final Pretrial Conference will be set before the trial judge in accordance with **SDIL-LR 16.2(b)**.

IT IS SO ORDERED.

DATED:   November 16, 2005.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**